THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Ruth J. Person, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Carolina Pines
 Regional Medical Center, Respondent.
 
 
 
 
 

Appeal From Darlington County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2010-UP-484
 Submitted October 1, 2010  Filed November
4, 2010    

APPEAL DISMISSED

 
 
 
 Daryl James Corbin, of Florence, for
 Appellant.
 Martin S. Driggers, Jr, of Hartsville, for
 Respondent.
 
 
 

PER CURIAM: Appellant Ruth J. Person appeals the
 trial court's denial of her motion for a new trial pursuant to Rule 59(b),
 SCRCP, following a jury verdict for Respondent Carolina Pines Regional Medical
 Center.  After the jury verdict, Person's counsel indicated, upon inquiry by
 the trial court, that Person had no post-trial motions.  The next day, Person
 requested ten days to file a new trial motion.  Because Person's request for
 ten days to file the motion was not timely, we dismiss[1] the appeal pursuant to Rule 220(b), SCACR, and the following authorities:  Rule 59(b), SCRCP ("The motion for a new trial
 shall be made promptly after the jury is discharged, or in the discretion of
 the court not later than 10 days thereafter."); Boone v. Goodwin,
 314 S.C. 374, 376, 444 S.E.2d 524, 525 (1994) ("[A] party must make a
 motion for a new trial promptly after the jury is discharged or request ten
 days within which to make the motion.").  
APPEAL DISMISSED.
WILLIAMS, PIEPER, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.